UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA           CASE NO. 3:12-mj-0001 CMK

vs.                                ORDER TO PAY

KEVIN LEE TURNER

The Defendant, having been found guilty of Counts II and III, after entry of guilty pleas thereto, is

ORDERED TO PAY THE FOLLOWING:

| | | |
|---|---|---|
| Count I | Fine: $ (Dismissed) | Assessment: $ |
| Count II | Fine: $ 65.00 | Assessment: $ 10.00 |
| Count III | Fine: $ 65.00 | Assessment: $ 10.00 |

    FINE AND ASSESSMENT TOTAL OF $150.00 due and payable on or before April 15, 2012. Payment to be made to the Clerk, U.S. District Court, Eastern District of California, 501 I Street, Sacramento, CA 95814.

    Count I is dismissed.

DATED: February 8, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE